BRANDT *v.* COMPUTING CLOTH MEASURING MACHINE COMPANY.

PER CURIAM. On authority of the case of *Burress* v. *Montgomery.* 148 *Ga.* 548 (97 S. E. 538), this case is transferred to the Court of Appeals, that court and not the Supreme Court having jurisdiction to decide the case. See *Brandt* v. *Buckley,* this day decided.

*All the Justices concur.*

No. 2149. JUNE 15, 1921.

Description and counsel as in case next before.